IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAZMIN GEANS, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-1077 (CMH/TCB) |
| ) | |
| POHANKA OF CHANTILLY, INC. ) | |
| ) | |
| Defendant. ) | |

## RULE 41 DISMISSAL ORDER

IT APPEARING to the Court that the Plaintiff, JAZMIN GEANS ("Ms. Geans"), by counsel, has provided notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), of her voluntary dismissal of the above referenced action, pursuant to the stipulation of dismissal signed by all parties who have appeared; it is therefore

ADJUDGED, ORDERED AND DECREED that this matter is hereby dismissed, without prejudice, and this cause is ended.

Dated: February _11_, 2019

_Claude M. Hilton_
Hon. Claude M. Hilton
United States District Court Judge

WE ASK FOR THIS:

SUROVELL ISAACS & LEVY PLC

_____/s/ Jason F. Zellman_____
Jason F. Zellman, Esq. (VSB# 77499)
SUROVELL ISAACS & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA  22030
Telephone:  703.251.5400
Facsimile:  703.591.9285
jzellman@surovellfirm.com
Counsel for Jazmin Geans

SEEN AND AGREED:

_____/s/ Michelle B. Radcliffe_____
Michelle B. Radcliffe, Esq. (VSB# 27985)
ISLER DARE, PC
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
Telephone: 703.748.2690
Facsimile: 703.748.2695
mradcliffe@islerdare.com
Counsel for Pohanka of Chantilly, Inc.

2